UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                        RE:    Lydia ANG
                                  Docket Number:  2:08CR00318-09
                                  Hearing Date 12/20/2011
                                  <u>RESTITUTION HEARING</u>

Your Honor:

On November 1, 2011, Lydia Ang was sentenced to 60 months probation. The issue of restitution was deferred to December 20, 2011 for further investigation.

Ang obtained one fraudulent loan in this matter, for the property located at 301 Campbell Avenue, Vallejo, California. The original lender was GreenPoint Mortgage, but NovaStar Financial assumed the loan. They in turn sold the loan to Household Mortgage services. NovaStar sustained no loss and is not seeking restitution.

Since NovaStar was the victim mortgage company, and they suffered no loss, restitution is not recommended. Therefore, it is recommended the restitution hearing set for December 20, 2011 be vacated.

If I can be of further assistance, please call me at 916-930-4317.

Respectfully submitted,

LINDA L. ALGER
Senior United States Probation Officer

REVIEWED BY: _____
TERRY SHERBONDY
Deputy Chief United States Probation Officer

1

Rev. 11/2009
MEMO ~ COURT.MRG

RE: **Lydia Ang**
    Docket Number:   2:08CR00318
    **RESTITUTION HEARING**

Dated:      December 16, 2011
            Sacramento, California
            lla

cc:   Russell Carlberg
      Assistant United States Attorney

      Roger Patton
      Defense Counsel

AGREE: ✓                         DISAGREE: _____

/s/ Lawrence K. Karlton          12/19/11
**LAWRENCE K. KARLTON**          DATE
Senior United States District Judge